IN THE FEDERAL DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE WINGATES, LLC, et al., | : | |
| **Plaintiffs,** | : | |
| | | CASE NO.: 2:14 CV 123 |
| -v- | : | |
| | | JUDGE SARGUS |
| PRAIRIE TOWNSHIP BOARD OF TRUSTEES, et al., | : | |
| | : | |
| **Defendants.** | | |

## ORDER OF DISMISSAL

The court having been advised that the parties have reach a settlement of all issues and claims in this action and have asked this court to dismiss the action with prejudice.

Accordingly, the court finds the terms of the Order of Dismissal proper and dismisses this action with prejudice.

_____ 1-9-2017
Edmund A. Sargus, Jr. Judge
United States District Court

*/s/ Robert J. Behal*
Robert J. Behal (0014085)
THE BEHAL LAW GROUP LLC
501 South High Street
Columbus, Ohio 43215
T: 614/ 643-5050
F: 614/ 340-3892
Email: rbehal@behallaw.com
Trial Attorney for Plaintiffs

*/s/ Paul-Michael La Fayette*
Paul-Michael La Fayette (0067031)
Two Miranova Place, Ste. 700
Columbus, Ohio 43215-5098
t 614-221-2138 • c 614-499-6731
f 614-365-9516
plafayette@isaacwiles.com
Trial Attorneys for Defendants